USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NICOLAS MEDINA,
a/k/a "Chucky,"
a/k/a "Nico,"

Defendant.

26 Mag. 946 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The hearing currently scheduled for August 3, 2026, at 2:00 p.m. is ADJOURNED to **1:00 p.m.** on **that same date**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: July 29, 2026
New York, New York

ANALISA TORRES
United States District Judge